Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, CA 94304
Phone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com

Cynthia D. Vreeland (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000
cynthia.vreeland@wilmerhale.com

Caroline E. Kane (SBN 259396)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5300
Facsimile: (213) 443-5400
caroline.kane@wilmerhale.com

Attorneys for Defendants
KONINKLIJKE PHILIPS ELECTRONICS, N.V.,
INTERMAGNETICS GENERAL CORPORATION,
MRI DEVICES CORPORATION, AND INVIVO CORPORATION

E-FILED 01-06-10
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RESONANCE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KONINKLIJKE PHILIPS ELECTRONICS, N.V., a Netherlands corporation; INTERMAGNETICS GENERAL CORPORATION, a Delaware corporation; MRI DEVICES CORPORATION, a Delaware corporation; AND INVIVO CORPORATION, a Delaware corporation; <br><br> Defendants. | Case No. CV 08-2580 PSG (PLAx) <br> ORDER REGARDING: <br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Honorable Philip S. Gutierrez |

1  Plaintiff Resonance Technology, Inc. ("Resonance" or "Plaintiff") and
2  Defendants Koninklijke Philips Electronics, N.V., Intermagnetics General
3  Corporation, MRI Devices Corporation, and Invivo Corporation (collectively,
4  "Defendants") hereby stipulate through their respective counsel of record as follows:
5  WHEREAS, Plaintiff filed a Complaint for Patent Infringement and
6  Misappropriation of Trade Secrets on April 18, 2008;
7  WHEREAS, Plaintiff filed a First Amended Complaint for Patent Infringement
8  and Misappropriation of Trade Secrets on July 28, 2008;
9  WHEREAS, Plaintiff filed a Second Amended Complaint for Patent
10 Infringement and Misappropriation of Trade Secrets on October 10, 2008;
11 WHEREAS, Defendants filed an Answer and Counterclaims on October 24,
12 2008;
13 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
14 between the Plaintiff and the Defendants that the entire action shall be dismissed *with*
15 *prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party
16 shall bear its own costs and fees.
17 IT IS SO STIPULATED.
18                                         Respectfully submitted,
19                                         WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
20 January 4, 2010                         By: /s/ Caroline E. Kane
21                                              Caroline E. Kane
22                                         Attorney for Defendants
                                           KONINKLIJKE PHILIPS ELECTRONICS,
23                                         N.V., INTERMAGNETICS GENERAL
                                           CORPORATION, MRI DEVICES
24                                         CORPORATION, AND INVIVO
                                           CORPORATION
25
   **IT IS SO ORDERED.**
26
   [signature]
27 _____
   **U.S. DISTRICT JUDGE**
28

-2-

STIPULATION OF DISMISSAL                              Case No. CV 08-2580 (PSG) (PLAx)

|   |   |
|---|---|
| January 4, 2010 | KNAPP, PETERSEN & CLARKE<br><br>By: /s/ André E. Jardini<br>     André E. Jardini<br><br>Attorney for Plaintiff<br>RESONANCE TECHNOLOGY, INC. |

### ATTESTATION OF FILER

I, Caroline E. Kane, attest that the content of this Stipulation is acceptable to all persons required to sign the document.  Further, I hereby attest that on January 4, 2010, I obtained concurrence in this filing from the signatory, André E. Jardini, and will maintain records to support this concurrence.

_____/s/ Caroline E. Kane_____
       Caroline E. Kane